# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

AF Holdings LLC

                Plaintiff,

v.                                      Case No.: 1:12–cv–04240
                                          Honorable Virginia M. Kendall

Ryan Jacobs

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2012:

      MINUTE entry before Honorable Virginia M. Kendall:Status hearing held on 11/7/2012. Plaintiff's motion for service by publication [16] is granted. Motion hearing set for 11/13/2012 on this motion is hereby stricken. Status hearing set for 12/19/2012 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.